# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3802

_____

Don/McC Cook/Solo

*Plaintiff - Appellant*

v.

Jeffrey Stieve, Medical Director, Corrrect Care Solutions; Arkansas State Prison;
Aric Simmons, APN, Practitioner, Correct Care Solution; Brett Butler, Medical
Doctor, Correct Care Solution, a Tennessee Corporation

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: November 8, 2017
Filed: November 14, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Arkansas prisoner Don/McC Cook/Solo (Solo) appeals the district court's[1] adverse grant of summary judgment in favor of Dr. Jeffrey Stieve in this pro se 42 U.S.C. § 1983 action. Upon careful de novo review, see United States v. Dico, Inc., 808 F.3d 342, 346 (8th Cir. 2015), we conclude that Solo demonstrated neither deliberate indifference nor unconstitutional retaliation by Dr. Stieve. See Meuir v. Greene Cty. Jail Emps., 487 F.3d 1115, 1118 (8th Cir. 2007) (prison physicians are free to exercise independent medical judgment); Long v. Nix, 86 F.3d 761, 765 (8th Cir. 1996) (prison officials do not violate Eighth Amendment when, in exercising professional judgment, they refuse to implement inmate's requested course of treatment). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).